IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ELECTRALED, INC., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:24-CV-00511-JRG-RSP |
| | § | |
| CHAUVET & SONS, LLC, | § | |
| *Defendant*. | § | |

### ORDER

Defendant Chauvet & Sons, LLC previously filed a Motion to Dismiss or Transfer for Improper Venue Under Rule 12(b)(3). (Dkt. No. 20.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 76), recommending grant of the requested transfer. Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is hereby **ADOPTED**. It is therefore **ORDERED** that the Motion is **GRANTED** with respect to the transfer.

In accordance with Local Rule CV-83(b), the Clerk of Court is hereby directed to transfer this case to the Southern District of Florida within twenty-one (21) days after the issuance of this Order.

So ORDERED and SIGNED this 11th day of December, 2025.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE